# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL MERCHANDISING SERVICES, LTD., <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOES 1-100, JANE DOES 1-100 AND XYZ COMPANY, <br><br> Defendants. | Case No. 2:17-cv-01169 TLN-EFB <br><br> **ORDER GRANTING DISPOSITION OF SEIZED MERCHANDISE** |

Plaintiff Global Merchandising Services, Inc. ("Plaintiff") having dismissed the above entitled action without prejudice pursuant to Federal Rules of Civil Procedure, Rule 41 (a), and no defendants having appeared by answer or otherwise, and upon consideration of Plaintiff's Response to Show to Show Cause and Request for Order Regarding Disposition of Seized Merchandise and good cause appearing,

**IT IS HEREBY**

**ORDERED,** that Plaintiff is authorized to destroy or otherwise dispose of all previously seized infringing merchandise in this matter.

**IT IS SO ORDERED.**

Dated: December 5, 2017

Troy L. Nunley
United States District Judge

ORDER GRANTING DISPOSITION OF SEIZED MERCHANDISE