# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL MERCHANDISING SERVICES, LTD.,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN DOES, JANE DOES, and XYZ COMPANY,<br><br>    Defendants. | No. 2:17-cv-01169-TLN-EFB |
| GLOBAL MERCHANDISING SERVICES, LTD.,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN DOES, JANE DOES, and ABC COMPANIES,<br><br>    Defendants. | No. 2:19-cv-01411-KJM-DB<br><br>**RELATED CASE ORDER** |

The Court has reviewed Plaintiff Global Merchandising Services, Ltd.'s Notice of Related Case (ECF No. 15). Examination of the above-captioned actions reveals that they are related within the meaning of Local Rule 123 (E.D. Cal. 1997). Pursuant to Rule 123 of the Local Rules of the United States District Court for the Eastern District of California, two actions are related

1

when they involve the same parties and are based on a same or similar claim; when they involve the same transaction, property, or event; or when they "involve similar questions of fact and the same question of law and their assignment to the same Judge . . . is likely to effect a substantial savings of judicial effort." L.R. 123(a). Further,

> [i]f the Judge to whom the action with the lower or lowest number has been assigned determines that assignment of the actions to a single Judge is likely to effect a savings of judicial effort or other economies, that Judge is authorized to enter an order reassigning all higher numbered related actions to himself or herself.

L.R. 123(c).

Here, both actions involve the same Plaintiff, and both involve only Doe defendants, some of whom may in fact be the same individuals. Additionally, the actions are based on the same or similar claims arising from a similar event, and involve the same or similar questions of law. Consequently, assignment to the same judge would "effect a substantial savings of judicial effort." L.R. 123(a), *see also* L.R. 123(c).

The parties are advised that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge, it does not consolidate the actions. Under the regular practice of this Court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated 2:19-cv-01411-KJM-DB is reassigned to District Judge Troy L. Nunley and Magistrate Judge Edmund F. Brennan, and the caption shall read 2:19-cv-01411-TLN-EFB. The Motion for Temporary Restraining Order filed July 25, 2019 in 2:19-cv-01411-KJM-DB will be considered by this Court and need not be refiled by Plaintiff. The Clerk of the Court is to issue the Initial Pretrial Scheduling Order.

IT IS SO ORDERED.

Dated: July 26, 2019

_____
Troy L. Nunley
United States District Judge